MN-305
(10/00)

**RECEIVED**
10 OCT -5 AM 9:29
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

<u>Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund</u>

Debtor: <u>Robert Michael Keller and Linda Rae Keller</u>

Chapter 7 Case No. <u>10-42476</u>

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| GE Money Bank | 5 | | $4.73 |
| HSBC Bank Nevada, N.A. | 12 | | 4.24 |
| TOTAL | | | $8.97 |

Date: <u>October 4, 2010</u>

Trustee
Dwight R. J. Lindquist
1510 Rand Tower
Minneapolis, MN  55402
(612) 332-8871   #63538

Receipt 191709
Rung up
10-5-10
SN